UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
--------------------------------------------------------------------------x
ANDRE BATTLE, on behalf of himself and all others
similarly situated,

                              Plaintiff,                                    Civil Action No: 1:25-cv-07560


            -v.-

CB Consumer Products, LLC,


                              Defendants.
--------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:**      November 6, 2025

| **For Plaintiff Andre Battle** | **For Defendant CB Consumer Products, LLC,** |
|---|---|
| */s/ Uri Horowitz, Esq.*<br>Uri Horowitz, Esq.<br>**Horowitz Law, PLLC**<br>144-41 70th Road<br>Flushing, NY 11367<br>Tel. (718) 705-8700<br>uri@horowitzlawpllc.com | */s/ Kara A Lattanzio*<br>Kara Lattanzio, Esq.<br>Hardin Thompson PC<br>437 Grant Street Suite 620<br>Pittsburgh, PA 15219<br>(412) 315-7195<br>Klattanzio@hardinlawpc.Net |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on November 6, 2025, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 6th  day of November , 2025          Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz, Esq.